**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AMANDA M. SMITH, | * |
| Plaintiff, | * |
| v. | *   Civil Case No.: GLR-18-381 |
| COMMISSIONER, SOCIAL SECURITY, | * |
| Defendant. | * |

\*\*\*\*\*\*\*

## ORDER

On February 6, 2018, Plaintiff filed the above-captioned Social Security appeal pursuant to 42 U.S.C. § 405. [ECF No. 1]. Additionally, Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. [ECF No. 3]. However, Plaintiff's civil summons forms are deficient. Specifically, Plaintiff provided incorrect addresses for the Acting Commissioner of the Social Security Administration and the United States Attorney General.

Plaintiff is instructed to supplement her Complaint with the revised civil summons forms within TWENTY-ONE (21) days. Specifically, Plaintiff is required to provide revised civil summons forms for the following parties: (1) Nancy Berryhill, Acting Commissioner of the Social Security Administration, Office of Public Service and Operation Support, 6401 Security Blvd., Baltimore, MD 21235; and (2) Jefferson Sessions, United States Attorney General, Department of Justice, 950 Pennsylvania Ave., N.W. Washington, D.C. 20530. If Plaintiff does not re-file the completed paperwork by this deadline, Plaintiff's complaint will be subject to dismissal.

Accordingly, IT IS this 15th day of February 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff's Motion for Leave to Proceed In Forma Pauperis, (ECF No. 3), IS STAYED pending Plaintiff filing the revised civil summons forms;

2. Plaintiff IS GRANTED TWENTY-ONE (21) DAYS from the date of this Order to file the revised civil summons forms; and

3. The Clerk SEND a copy of this Order to Plaintiff's Attorney Patrick James Best, ARM Lawyers, 18 N. 8th Street, Stroudsburg, PA 18360.

/s/
George L. Russell, III
United States District Judge